**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

COREY TILOT,

Plaintiff,

vs.

Case No.: 25-cv-13369
Hon. F. Kay Behm

CORTEVA AGRISCIENCE, LLC,

Defendant.

---

## JOINT MOTION TO AMEND DEADLINES

Plaintiff Corey Tilot and Defendant Corteva Agriscience, LLC, by and through their undersigned counsel, jointly state as follows:

1. The Parties have engaged in meaningful discussions regarding discovery and early case facilitation.

2. The Parties have set mediation for August 4, 2026 with Judge Harry Gill.

3. The Court held a Status Conference on June 4, 2026, during which, the Parties agreed to extend all pending deadlines by either thirty-five (35) or fifteen (15) days respectively, except for the December 18, 2026 deadline for dispositive motions and motions to limit or exclude expert testimony.

4. The Parties do not believe the requested extension will prejudice either party.

5. The requested extension is being sought in good faith and for good cause and is not being sought for purposes of delay.

WHEREFORE, the Parties jointly and respectfully move the Court to extend the deadlines in this matter and enter the Proposed Order below.

**IT IS SO STIPULATED AND AGREED.**

*Dustin C. Hoff (w/permission)*
Dustin C. Hoff (P78246)
CHRISTENSEN LAW
Attorney for Plaintiffs
25925 Telegraph Road, Suite 200
Southfield, MI 48033
(248)213-4900
dhoff@davidchristensenlaw.com

*Attorneys for Plaintiff*

*Jonathan E. Lauderbach*
Jonathan E. Lauderbach (P51313)
WARNER NORCROSS + JUDD LLP
715 East Main Street, Suite 110
Midland, MI 48640
989.698.3700
jlauderbach@wnj.com

*Sophia R. Vander Kooy*
Sophia R Vander Kooy (P88085)
BARNES & THORNBURG LLP
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, MI  49503
616.742.3976
sophia.vandekooy@btlaw.com

*Joseph G. Eaton*
Joseph G. Eaton
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
317-231-7705
joe.eaton@btlaw.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

COREY TILOT,

Plaintiff,

vs.

CORTEVA AGRISCIENCE, LLC,

Defendant.

Case No.: 25-cv-13369
Hon. F. Kay Behm

---

### ORDER GRANTING JOINT MOTION TO AMEND DEADLINES

This matter came before the Court on the Parties' Joint Motion to Amend Deadlines. The Court having considered the same and being duly advised in the premises, now GRANTS said Motion.

IT IS, THEREFORE, ORDERED that the deadlines are amended as follows:

- o Expert Witness List/Disclosures/Report – Plaintiff - August 24, 2026

- o Expert Witness List/Disclosures/Report – Defendant - October 26, 2026

- o Rebuttal Reports – December, 4, 2026

- o Fact Discovery – December 9, 2026

- o Expert Discovery – December 9, 2026

- o Status Conference (to be held at the midpoint of discovery) – August 6, 2026 at 11:00 A.M.

- o Facilitation: The parties mut notify the judicial assistant by **August 28, 2026** of their choice of facilitator and scheduled date – December 9, 2026

- o The Dispositive Motions and Motions to Limit/Exclude Expert Testimony deadline of December 18, 2026 remains unchanged.

Date: July 1, 2026                          s/F. Kay Behm
                                            F. Kay Behm
                                            United States District Judge

5

Certificate of Service

I hereby certify that this Joint Motion and Order to Amend Deadlines was electronically filed, and the parties and/or counsel of record were served.

By: _____

Sophia R. Vander Kooy